UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:26-CV-00126-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES D'AUGUSTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 8]. In the R&R, the magistrate judge recommends that Plaintiff's Complaint [Doc. 2] be dismissed with prejudice as Plaintiff has failed to set forth any colorable federal claim upon which relief can be granted, and because it appears that the Complaint is frivolous. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 8] is **ADOPTED**, and this case is **DISMISSED WITH PREJUDICE**. A separate judgment shall enter.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).